## U.S. District Court
## District of Rhode Island (Providence)
## CIVIL DOCKET FOR CASE #: 1:22–cv–00109–WES–PAS

Patton v. Davol, Inc. et al  
Assigned to: District Judge William E. Smith  
Referred to: Magistrate Judge Patricia A. Sullivan  
Demand: $750,000  
Cause: 28:1332 Diversity–(Citizenship)

Date Filed: 03/21/2022  
Date Terminated: 05/20/2022  
Jury Demand: Plaintiff  
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability  
Jurisdiction: Diversity

**Plaintiff**

**Rodney M. Patton**      represented by    **Rodney M. Patton**  
Reg. No. 90674  
2600 N. Brinton Ave.  
Dixon, IL 61021  
PRO SE

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Brad, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2022 | Ï 1 | COMPLAINT, filed by Rodney M. Patton. (Attachments: # 1 Civil Cover Sheet, # 2 Envelope)(Kenny, Meghan) (Entered: 03/21/2022) |
| 03/21/2022 | Ï 2 | MOTION for Leave to Proceed in forma pauperis filed by Rodney M. Patton. (Kenny, Meghan) (Entered: 03/21/2022) |
| 03/21/2022 | Ï 3 | Summons Request filed by Rodney M. Patton. (Kenny, Meghan) (Entered: 03/21/2022) |
| 03/21/2022 | Ï 4 | DOCKET NOTE: USM–285 received, filed Rodney M. Patton (Kenny, Meghan) (Entered: 03/21/2022) |
| 03/21/2022 | Ï 5 | DOCKET NOTE: Duplicate copies of complaint packet filed by Rodney M. Patton. Clerks Office mailing back copy to Plaintiff as requested. (Attachments: # 1 Duplicate Copy #2) (Kenny, Meghan) (Entered: 03/21/2022) |
| 03/21/2022 | Ï | CASE CONDITIONALLY ASSIGNED to Presiding Judge William E. Smith and Magistrate Judge Patricia A. Sullivan. based upon the indication on the cover sheet that a related case previously was assigned to the presiding judge. The assignment is subject to the presiding judge's determination that the cases, in fact, are related. (Kenny, Meghan) (Entered: 03/21/2022) |
| 03/21/2022 | Ï | MOTIONS REFERRED: 2 MOTION for Leave to Proceed in forma pauperis referred for |

| | | |
|---|---|---|
| | | determination to Magistrate Judge Patricia A. Sullivan. (Urizandi, Nissheneyra) (Entered: 03/21/2022) |
| 03/30/2022 | Ï 6 | CASE OPENING NOTICE ISSUED (Kenny, Meghan) (Entered: 03/30/2022) |
| 03/31/2022 | Ï 7 | REPORT AND RECOMMENDATIONS re 2 MOTION for Leave to Proceed in forma pauperis filed by Rodney M. Patton Objections to R&R due by 4/14/2022.. I recommend that Plaintiff be afforded thirty days from his receipt of the Court's adoption of this recommendation to file an amended complaint. If he fails to do so, or if the amended pleading fails to plead plausible facts sufficient potentially to overcome the applicable statute of limitations, I recommend that this case be dismissed. So Ordered by Magistrate Judge Patricia A. Sullivan on 3/31/2022. (Saucier, Martha) (Entered: 03/31/2022) |
| 04/13/2022 | Ï 8 | AMENDED COMPLAINT against All Defendants, filed by Rodney M. Patton. (Attachments: # 1 letter, # 2 Affidavit, # 3 Exhibit, # 4 Envelope)(Kenny, Meghan) Modified on 4/13/2022 to correct security of document #3 (Kenny, Meghan). (Entered: 04/13/2022) |
| 04/13/2022 | Ï | CORRECTIVE DOCKET ENTRY Regarding: 8 Amended Complaint. CLERKS NOTE: Remote electronic access to document #3 has been restricted by the Clerks Office as it contains one or more personal identifiers.(Kenny, Meghan) (Entered: 04/13/2022) |
| 04/20/2022 | Ï 9 | ORDER – the pending Report and Recommendation is withdrawn as moot and Plaintiff's IFP motion is GRANTED. The Clerk is directed to procure summonses and/or take other appropriate steps to arrange for service of the Amended Complaint on the named Defendants. 7 Report and Recommendations.; 2 Motion for Leave to Proceed in forma pauperis. The United States Marshals Service is hereby ordered to serve the plaintiff's summons and complaint on the defendants. So Ordered by Magistrate Judge Patricia A. Sullivan on 4/20/2022. (Noel, Jeannine) Modified on 4/20/2022 (Noel, Jeannine). (Entered: 04/20/2022) |
| 04/21/2022 | Ï 10 | Summons Issued as to All Defendants. (Kenny, Meghan) (Entered: 04/21/2022) |
| 04/21/2022 | Ï 11 | DOCKET NOTE: Clerks' Office forwarded Summons, USM, and Amended complaint to Marshalls for Service, as to all Defendants. Regarding: 9 Order on Report and Recommendations, Order on Motion for Leave to Proceed in forma pauperis. (Kenny, Meghan) (Entered: 04/21/2022) |
| 05/06/2022 | Ï 12 | Summons Returned Unexecuted by Rodney M. Patton as to C.R. Brad, Inc. (DaCruz, Kayla) (Entered: 05/13/2022) |
| 05/13/2022 | Ï 13 | SUMMONS Returned Executed by Rodney M. Patton. Davol, Inc. served on 5/6/2022, answer due 5/27/2022. (DaCruz, Kayla) (Entered: 05/13/2022) |
| 05/19/2022 | Ï | PLRA Filing fee: $ 64.14 received – receipt number 14670026573. Total Amount Paid to date: $64.14. (DaCruz, Kayla) (Entered: 05/20/2022) |
| 05/20/2022 | Ï 14 | Conditional Transfer Order # CTO−86 Transferring this matter to the Southern District of Ohio and assignment to the Honorable Edmund A. Sargus, Jr. for coordinated and consolidated pretrial proceedings. So Ordered by District Judge William E. Smith on 5/20/2022. (DaCruz, Kayla) (Entered: 05/20/2022) |